# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Supervised Release) |
| V. | |
| | Case Number: 8:98-cr-52-T-23MSS |
| VINCENT DAWAYNE BUSH | USM Number: 22533-018 |
| | |
| | Defendant's Attorney: Brent Armstrong, cja |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one through eight of the October 26, 2007, petition (Doc. 94).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct occurring while on supervision: possession with intent to distribute crack cocaine | 07/31/07 |
| Two | New criminal conduct occurring while on supervision: possession with intent to distribute marijuana | 07/31/07 |
| Three | New criminal conduct occurring while on supervision: possession of a firearm during a drug trafficking offense | 07/31/07 |
| Four | New criminal conduct occurring while on supervision: felon in possession of a firearm | 07/31/07 |
| Five | New criminal conduct occurring while on supervision: domestic battery | 05/16/07 |
| Six | Positive urinalysis | 04/02/07 |
| Seven | Positive urinalysis | 04/19/07 |
| Eight | Positive urinalysis | 05/08/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 16, 2008
Date of Imposition of Sentence

_[signature]_
Steven D. Merryday
UNITED STATES DISTRICT JUDGE

April 16th, 2008
Date

DEFENDANT:     VINCENT DAWAYNE BUSH
CASE NUMBER:  8:98-cr-52-T-23MSS

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TWENTY-FOUR (24) MONTHS, to run consecutively to the sentence imposed in 8:07-cr-402-T-30EAJ.**

_X_   The court makes the following recommendations to the Bureau of Prisons: **confinement at a facility in Coleman, Florida.**

_X_   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     VINCENT DAWAYNE BUSH          Judgment - Page 3 of 3
CASE NUMBER:   8:98-cr-52-T-23MSS

## SUPERVISED RELEASE

No term of supervision is imposed.